UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
COOPER, JOSHUA A § Case No. 12-28496 MER
COOPER, LAURIE R §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/John C. Smiley_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-28496 MER | Judge: Michael E. Romero | Trustee Name: | John C. Smiley |
|---|---|---|---|---|
| Case Name: | COOPER, JOSHUA A | | Date Filed (f) or Converted (c): | 09/04/12 (f) |
| | COOPER, LAURIE R | | 341(a) Meeting Date: | 10/02/12 |
| For Period Ending: | 05/03/13 | | Claims Bar Date: | 04/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence at: 4120 S Liverpool Way, Aurora, CO 8 | 265,700.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 50.00 | 50.00 | | 0.00 | FA |
| Cash on hand | | | | | |
| 3. Air Academy FCU Savings #269884 | 10.00 | 2.50 | | 0.00 | FA |
| Air Academy FCU Savings #269884 | | | | | |
| 4. First Bank Checking | 2,149.34 | 537.33 | | 0.00 | FA |
| First Bank Checking | | | | | |
| 5. First Bank Savings (u) | 28.56 | 233.00 | | 233.00 | FA |
| First Bank Savings - Actual Non exempt value from Trustee Information Sheet | | | | | |
| 6. Public Service Savings | 10.00 | 10.00 | | 0.00 | FA |
| Public Service Savings | | | | | |
| 7. Wells Fargo Checking | 0.00 | 0.00 | | 0.00 | FA |
| Wells Fargo Checking | | | | | |
| 8. Wells Fargo Checking | 0.00 | 0.00 | | 0.00 | FA |
| Wells Fargo Checking | | | | | |
| 9. Family Room: couch x2, television, DVD player, la | 1,915.00 | 0.00 | | 0.00 | FA |
| Family Room: couch x2, television, DVD player, lamps x5 Kitchen: pots, pans, dishes, misc appliances Dining Room: table, chair x6 Bedrooms: dressers x4, bed x3 Office/Study: desk, chair, filing cabinet, computer and equipment x2 Basement: ping pong table Other: cell phone, camera | | | | | |
| 10. Books, pictures, art, collectibles, CDs, movies | 300.00 | 0.00 | | 0.00 | FA |
| Books, pictures, art, collectibles, CDs, movies | | | | | |
| 11. Clothing and Apparel | 275.00 | 0.00 | | 0.00 | FA |
| Clothing and Apparel | | | | | |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 17.01

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 12-28496 | MER | Judge: Michael E. Romero | | Trustee Name: | John C. Smiley |
|---|---|---|---|---|---|---|
| Case Name: | COOPER, JOSHUA A | | | | Date Filed (f) or Converted (c): | 09/04/12 (f) |
| | COOPER, LAURIE R | | | | 341(a) Meeting Date: | 10/02/12 |
| | | | | | Claims Bar Date: | 04/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Wedding rings, watches, misc jewelry | 4,000.00 | 0.00 | | 0.00 | FA |
| Wedding rings, watches, misc jewelry | | | | | |
| 13. Remington 12 gauge shotgun $75.00 Golf clubs $75.0 | 150.00 | 150.00 | | 0.00 | FA |
| Remington 12 gauge shotgun $75.00 Golf clubs $75.00 | | | | | |
| 14. Flexible Universal Life Insurance Farmer New World | 195.53 | 0.00 | | 0.00 | FA |
| Flexible Universal Life Insurance Farmer New World Life Insuance Company Net surrender value | | | | | |
| 15. IRA Ameriprise Trust Company | 11,124.27 | 0.00 | | 0.00 | FA |
| IRA Ameriprise Trust Company | | | | | |
| 16. 2005 Jeep Grand Cherokee 96K miles NADA value | 8,225.00 | 0.00 | | 0.00 | FA |
| 2005 Jeep Grand Cherokee 96K miles NADA value | | | | | |
| 17. 2009 Honda Civic 59K miles NADA value | 9,250.00 | 0.00 | | 0.00 | FA |
| 2009 Honda Civic 59K miles NADA value | | | | | |
| 18. 2010 Forest River Wind Jammer Travel Trailer | 16,250.00 | 0.00 | | 0.00 | FA |
| 2010 Forest River Wind Jammer Travel Trailer | | | | | |
| 19. Income Tax Refunds (u) | 0.00 | 2,682.00 | | 2,486.00 | FA |
| 2011 Non Exempt State and Federal Income Tax Refunds - Returns Filed in January 2013 for 2011 | | | | | |
| 20. Income Tax Refunds (u) | 0.00 | 2,914.00 | | 3,554.00 | FA |
| Estimated 2012 tax refunds 2012 (through petition date) - Actual Value $3554.00 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $319,632.70 | $6,578.83 | | $6,273.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-28496   MER   Judge: Michael E. Romero | Trustee Name: John C. Smiley |
| Case Name: | COOPER, JOSHUA A | Date Filed (f) or Converted (c): 09/04/12 (f) |
| | COOPER, LAURIE R | 341(a) Meeting Date: 10/02/12 |
| | | Claims Bar Date: 04/29/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 30, 2012, 02:59 pm
Debtor has until 11.15.2012 to submit taxes to J. Smiley

January 14, 2013, 01:34 pm
Contacted Stacy Provencer at Cohen & Cohen regarding outstanding 2011 income tax returns. Per Ms. Provencer, tax returns will be here by Friday, January 18, 2013.

January 22, 2013, 04:07 pm
Received 2011 state and federal income tax returns. Debtors are set to receive $2682.00 2011 refunds from state and federal government. The entire refund balance is non-exempt. Stipulation to Turnover to Trustee sent to Cohen Lawyers for signature (Kathryn Guild Foley). Lump sum payment to estate due upon receipt but not later than February 20, 2013.

February 20, 2013, 06:54 am
Spoke to debtor about 2012 tax returns and refunds. Debtor confirmed he will file within the next couple of weeks and submit the tax returns for our review. Also expecting the 2011 tax refunds and will submit to estate upon receipt

March 22, 2013, 01:31 pm
Debtors to make $3554.00 by March 29, 2013 for NE 2012 tax refunds.

March 27, 2013, 12:19 pm
$3554 received and deposited to bank account for estate. All funds received by estate, ready for TFR once bank receives and clears funds.

Initial Projected Date of Final Report (TFR): 02/04/14     Current Projected Date of Final Report (TFR): 02/04/14

/s/   John C. Smiley
_____   Date: 05/03/13
        JOHN C. SMILEY

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-28496 -MER | | Trustee Name: | John C. Smiley |
|---|---|---|---|---|
| Case Name: | COOPER, JOSHUA A | | Bank Name: | UNION BANK |
| | COOPER, LAURIE R | | Account Number / CD #: | *******3960 Checking Account |
| Taxpayer ID No: | *******5900 | | | |
| For Period Ending: | 05/03/13 | | Blanket Bond (per case limit): | $ 86,297,230.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 03/01/13 | | Laurie Cooper<br>4120 S Liverpool Way<br>Aurora, CO 80013-7462 | 2011 Tax Refunds | | 2,719.00 | | 2,719.00 |
| | 19 | COOPER, JOSHUA A | Memo Amount: 2,486.00<br>2011 Tax Refunds | 1224-000 | | | |
| | 5 | COOPER, JOSHUA A | Memo Amount: 233.00<br>NE Bank Balances | 1229-000 | | | |
| C 03/27/13 | 20 | Laurie Cooper<br>4120 S Liverpool Way<br>Aurora, CO 80013-7462 | Final Installment NE Refunds 2012 | 1224-000 | 3,554.00 | | 6,273.00 |
| C 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,258.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 2,719.00 | COLUMN TOTALS | | 6,273.00 | 15.00 | 6,258.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| \* Reversed | | | Subtotal | | 6,273.00 | 15.00 | |
| t Funds Transfer | Memo Allocation Net: | 2,719.00 | Less: Payments to Debtors | | | 0.00 | |
| C Bank Cleared | | | Net | | 6,273.00 | 15.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 2,719.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********3960 | 6,273.00 | 15.00 | 6,258.00 |
| | | | ------------------ | ------------------ | ------------------ |
| Total Memo Allocation Net: | 2,719.00 | | 6,273.00 | 15.00 | 6,258.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  6,273.00  15.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-28496 -MER | | Trustee Name: | John C. Smiley |
|---|---|---|---|---|
| Case Name: | COOPER, JOSHUA A | | Bank Name: | UNION BANK |
| | COOPER, LAURIE R | | Account Number / CD #: | *******3960  Checking Account |
| Taxpayer ID No: | *******5900 | | | |
| For Period Ending: | 05/03/13 | | Blanket Bond (per case limit): | $ 86,297,230.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 03, 2013 |

Case Number: 12-28496  
Debtor Name: COOPER, JOSHUA A  
Claims Bar Date: 04/29/13

Claim Class Sequence  
Joint Debtor: COOPER, LAURIE R

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,572.84 | $0.00 | $3,572.84 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $227.47 | $0.00 | $227.47 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $3,904.33 | $0.00 | $3,904.33 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,124.25 | $0.00 | $2,124.25 |
| 000006<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $6,279.79 | $0.00 | $6,279.79 |
| 000007<br>070<br>7100-00 | Wells Fargo Bank<br>1 HOME CAMPUS<br>3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $3,309.26 | $0.00 | $3,309.26 |
| 000008<br>070<br>7100-00 | Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | Unsecured | | $6,481.33 | $0.00 | $6,481.33 |
| 000009<br>070<br>7100-00 | Mohawk Factoring<br>Po Box 12069<br>Calhoun, GA 30703 | Unsecured | | $1,300.03 | $0.00 | $1,300.03 |
| 000010<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,161.35 | $0.00 | $1,161.35 |
| 000011<br>070<br>7100-00 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $4,789.15 | $0.00 | $4,789.15 |
| 000012<br>070<br>7100-00 | Revenue Enterprises<br>PO Box 441368<br>Aurora, CO 80044 | Unsecured | | $513.75 | $0.00 | $513.75 |

|  |  | EXHIBIT C |  |  |
|---|---|---|---|---|
| Page 2 |  | ANALYSIS OF CLAIMS REGISTER |  | Date: May 03, 2013 |

Case Number:  12-28496  
Debtor Name:  COOPER, JOSHUA A  
Claims Bar Date: 04/29/13  

Claim Class Sequence  
Joint Debtor:  COOPER, LAURIE R  

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured |  | $1,024.91 | $0.00 | $1,024.91 |
| 000014 070 7100-00 | Wells Fargo Bank<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306 | Unsecured |  | $15,330.00 | $0.00 | $15,330.00 |
| 000015 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured |  | $390.05 | $0.00 | $390.05 |
| 000016 070 7100-00 | eCAST Settlement Corp.<br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured |  | $1,877.84 | $0.00 | $1,877.84 |
| 000017 070 7100-00 | Blynco Manufacturing And Dist<br>6530 S Hinson St<br>Las Vegas, NV 89118 | Unsecured |  | $2,575.90 | $0.00 | $2,575.90 |
| 000018 070 7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured |  | $3,911.22 | $0.00 | $3,911.22 |
| 000001 050 4110-00 | Air Academy FCU<br>P.O. Box 62910<br>Colorado Springs, CO 80962-2910<br>Attn: Valerie Ballard | Secured |  | $10,409.66 | $0.00 | $10,409.66 |
|  | Case Totals: |  |  | $69,183.13 | $0.00 | $69,183.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-28496 MER
Case Name: COOPER, JOSHUA A
  COOPER, LAURIE R
Trustee Name: John C. Smiley

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Air Academy FCU | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John C. Smiley | $ | $ | $ |
| Trustee Expenses: John C. Smiley | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000006 | First National Bank of Omaha | $ | $ | $ |
| 000007 | Wells Fargo Bank | $ | $ | $ |
| 000008 | Nelnet | $ | $ | $ |
| 000009 | Mohawk Factoring | $ | $ | $ |
| 000010 | American Express Bank, FSB | $ | $ | $ |
| 000011 | Capital One, N.A. | $ | $ | $ |
| 000012 | Revenue Enterprises | $ | $ | $ |
| 000013 | Portfolio Investments II LLC | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Wells Fargo Bank | $ | $ | $ |
| 000015 | Capital Recovery V, LLC | $ | $ | $ |
| 000016 | eCAST Settlement Corp. | $ | $ | $ |
| 000017 | Blynco Manufacturing And Dist | $ | $ | $ |
| 000018 | eCAST Settlement Corporation, assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE